PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 19 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:18cr182-HTW-LRA

JACQUE JACKSON
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of September 2018.

This the 19th day of September, 2018.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
Jay T. Golden
Assistant U.S. Attorney
MSB # 4881

Warrant issued:_____

FBI / JTG