AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

RECV USMS D43 21SEP'18

United States of America
v.
Jacque Jackson
(Wherever Found)

Case No. 3:18-cr-182-HTW-LRA-4

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jacque Jackson,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs

ARTHUR JOHNSTON, CLERK

Date: 09/20/2018

*Issuing officer's signature*

City and state: Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/21/2018, and the person was arrested on *(date)* 10/4/2018
at *(city and state)* New Orleans, LA.

Date: 10/15/2018

*for Agent*
*Arresting officer's signature*

A. Allen, Deputy US Marshal
*Printed name and title*