# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                                 **3:18-cr-0182-HTW-LRA**

**Michael LeBlanc, Sr., Tawasky Ventroy,
Michael LeBlanc, Jr., and Jacque Jackson**

## ORDER SETTING TRIAL DATE

THIS MATTER came on for a status conference on this date. Attorneys for all four defendants were present. With the agreement of all parties, the trial date is set before this court for September 30, 2019 at 9:00 a.m. All counsel indicated their availability for this trial date. All defense counsel were in agreement that the Speedy Trial Act is tolled during this time.

The Government is required to provide the notice required under Rule 404(b) of the Federal Rules of Evidence no later than thirty (30) days prior to September 30, 2019; disclosure of all evidence required to be disclosed under *Giglio v. United States*, must be made no later than six (6) days prior to September 30, 2019; and matters under the Jencks Act must be provided no later than six (6) days prior to September 30, 2019.

SO ORDERED, this 28th day of February, 2019.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE