# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| versus : | CRIMINAL NO. 18-cr-182-HTW-LRA |
| : | |
| JACQUE JACKSON : | |

## NOTICE OF INTENT TO ENTER GUILTY PLEA

Defendant, Jacque Jackson, through undersigned counsel, respectfully notifies this Court and United States Attorney's Office of his intent to enter a guilty plea to a charge brought against him by the government.

Respectfully submitted, this 9th day of August, 2019.

/s/ BRIAN J. CAPITELLI_____
Brian J. Capitelli  LABN 27398
Ralph Capitelli  LABN 3858
*admitted pro hac*
CAPITELLI AND WICKER
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Telephone: (504) 582-2425
Facsimile: (504) 582-2422
E-mail: brian@capitelliandwicker.com
E-mail: rc@capitelliandwicker.com

/s/MATTHEW EICHELBERGER
Matthew Eichelberger, MSBN 101060
The Eichelberger Law Firm
775 N. Congress Street
Jackson, MS 39202
Phone: (601) 292-7940
E-mail: matt#ike-law.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **versus** | : | **CRIMINAL NO. 18-cr-182-HTW-LRA** |
| | : | |
| **JACQUE JACKSON** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Intent to Enter Guilty Plea* was filed electronically with the Clerk of Court using the CM/ECF system and was served upon all counsel of record via the court's electronic filing system.

New Orleans, Louisiana this 9th day of August, 2019.

/s/ BRIAN J. CAPITELLI  
Brian J. Capitelli  LABN 27398  
Ralph Capitelli  LABN 3858  
*admitted pro hac*  
CAPITELLI AND WICKER  
1100 Poydras Street, Suite 2950  
New Orleans, Louisiana 70163  
Telephone: (504) 582-2425  
Facsimile: (504) 582-2422  
E-mail: brian@capitelliandwicker.com  
E-mail: rc@capitelliandwicker.com